IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE McNEAL,

    Petitioner,                   No. CIV-S-02-1413 LKK KJM P

    vs.

DAVID RUNNELS, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve objections to the court's June 8, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 22, 2005 motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the court's June 8, 2005 findings and recommendations.

DATED: June 29, 2005.

                                                    UNITED STATES MAGISTRATE JUDGE

1/bb
mcne1413.111o