IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE McNEAL,

    Petitioner,        No. CIV S-02-1413 LKK KJM P

  vs.

DAVID RUNNELS, Warden,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file and serve objections to the court's June 8, 2005 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's July 25, 2005 second request for an extension of time is granted; and

/////

/////

/////

/////

/////

2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the court's June 8, 2005 findings and recommendations. No further extensions of time will be granted.

DATED: August 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
mcne1413.111