IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE McNEAL,

    Petitioner,               No. CIV S-02-1413 LKK KJM P

    vs.

DAVID RUNNELS, Warden,

    Respondent.             ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 8, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On June 30, 2005 and August 8, 2005, petitioner was granted an additional thirty days to file objections. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

/////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 8, 2005, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

DATED: September 23, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/mcne1413.805