IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE McNEAL,

    Petitioner,           No. CIV S-02-1413 LKK KJM P

   vs.

DAVID RUNNELS, Warden,

    Respondent.        ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 23, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1   For the reasons set forth in the magistrate judge's June 8, 2005 findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right.  Accordingly, a certificate of appealability should not issue in this action.
4           IT IS SO ORDERED.
5  DATED: February 23, 2006.

                                /s/Lawrence K. Karlton
                                UNITED STATES DISTRICT JUDGE
/mcne1413.830d