1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VERNON MCNEAL,

11            Petitioner,                No. CIV S-02-1413 LKK KJM P

12        vs.

13   DAVID RUNNELS, Warden,

14            Respondent.              <u>ORDER</u>

15   _____/

16            Petitioner is a state prison inmate, proceeding pro se with this petition for a writ of

17   habeas corpus under 28 U.S.C. § 2254.  On September 23, 2005, this court entered judgment,

18   denying the petition and on February 24, 2006, denied petitioner's request for a certificate of

19   appealability.

20            On March 10, 2006, petitioner filed a motion for reconsideration of the denial of a

21   certificate of appealability.  In the meantime,  petitioner pursued his appeal.  On July 25, 2006,

22   the Court of Appeals denied petitioner's request for a certificate of appealability.  This court is

23   bound by the Court of Appeals' determination.  <u>United States v. Kellington</u>, 217 F.3d 1084,

24   1092-93 (9th Cir. 2000).

25   /////

26   /////

1         IT IS HEREBY ORDERED that petitioner's request for reconsideration (docket

2 no. 43) is denied.

3 DATED: March 29, 2007.

4

5

6 LAWRENCE K. KARLTON
    SENIOR JUDGE

7 UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26